LOS ANGELES HERALD-EXAMINER ET AL. *v.* KEN-
NEDY, REGIONAL DIRECTOR, NATIONAL
LABOR RELATIONS BOARD, ET AL.

No. 350.   Decided October 12, 1970

PER CURIAM.

The motion of the Chamber of Commerce of the
United States for leave to file a brief, as *amicus curiae,*
is granted.  The motion to defer consideration of the
petition for a writ of certiorari is denied.

The petition for a writ of certiorari is granted.  The
orders of the Court of Appeals are vacated and the
case is remanded to the United States District Court for
the Northern District of California with directions to
dismiss the case as moot.  *Sears, Roebuck & Co.* v.
*Carpet Layers,* 397 U. S. 655.

MR. JUSTICE DOUGLAS took no part in the considera-
tion or decision of these motions or this petition.